IN The United States District Court
for the Western district of Missouri

Mason I. Garrett    46887A
(Full name)         (Register No.)

Plaintiff,

19-0983-CV-W-DGK-P

Case No. _____

V.

Chris Summers
(Full name)

Tom burchfield
Tim Boos
Tim holimon
Brian hanrahan
Independence P.D.
    Defendant(s).

Defendants are sued in
Their (check one):

___ Individual capacity
_X_ official capacity
___ Both

Complaint under the Civil Right's Act
of 42 U.S.C. §1983.

I. Place of Present Confinement of Plaintiff:
   Department of Mental health
   Division of Behavioral health
   metropolitan St. Louis Psychiatric center
   5351 Delmar Boulevard
   St. Louis mo. 63112-23146

II. Parties to this civil action:
Please give your commitment name & any another name(s) you have used while incarcerated.

A. Plaintiff: Mason Garrett  Register No. 46887 A
Address: 223 N. Memorial Drive
Independence, mo. 64050

B. Defendant: Chris Summers
Is employed as: sergeant

Defendant: Tom Burchfield
Is employed as: officer

Defendant: Tim Hanrahan
Is employed as: officer

Defendant: Tim Bees
Is employed as: officer

Defendant: Tim Holiman
Is employed: officer

Defendant: Independence Police Department
Is employed as: agency

III. Do your claims involve medical treatment?
yes X     no

IV. Do you request a jury trial?
yes     no X

V. Do you request money damages?
yes X     no

- State the amount claimed  $1,000,000,000.00
(actual)/(punitive)

VI. Are the wrongs alleged in your complaint continuing to occure?
yes     no X

VII. Grievance procedures:

A. Dose your institution have an administrative or Grievance procedure?
yes X  no

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?
yes X  no

VII. Grievance procedures:

C. If a Grievance was filed, state the date your claims were presented, how they were presented, & the result of that procedure.
(Attach a copy of the Final result)

- I made a report to Internal affairs which is how I obtained the names of the officers involved. This was on 9/4/2015, I am still unaware of any Final result.

D. If you have not filed a grievance, state the reasons.

- N/A

VIII. Previous civil actions:

A. have you begun other cases in state or federal courts dealing with the same facts involved in this case?
yes  X NO

B. have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?
yes  X NO

## VIII. Previous Civil Actions.

C. If your answer is "yes" to either of the above questions, provide the following information for each case.

(1) **Style:** Mason Gollett v. U.S. Government, et al
    (Plaintiff)   v.   (Defendant)

(2) **Date Filed:** 5/20/2019

(3) **Court where Filed:** Western District Court of Missouri

(4) **Case Number & citation:** 19-03182-CV-MDH-P

(5) **Basic Claim made:** Fed. Question / 890 other statutory Actions

(6) **Date of disposition:** 6/10/19

(7) **Disposition:** resolved
    (pending) (on appeal) (resolved)

(8) **If resolved, state whether for:** Defendant
    (Plaintiff) or (defendant)

## IX. Statement of Claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates & places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. you must do that in Item "B" below. If you allege related claims, Number & set forth each claim in a separate parate Paragraph. use as much space as you need to state the facts. Attach extra sheets, if necessary. unrelated separate claims should be raised in a separate civil action.

#(1) On 9/3rd/2015 I was sexually assaulted by Sgt. Summers, Beos, Burchfield, holiman, hanrahan, while I was cuffed & held down on my car's trunk. This was on the side of 40 Hwy in front of a car dealership This happend in front of my Two (2) Passengers Krista L. Wolfe & Ryan C. hope.

I was then taken to The Independence police station Located at 223 memorial Drive Independence mo. 64050,

where I was beaten & stomped on & sexually assaulted a 2nd time, while restrained by shakel's & cuffs. where they left me with cut Pant's or shoe's.

continued to next PG.

## IX. Statement of Claim:

## A. continued

- until I was moved to another cell where I ~~left~~ was left to stand barefoot in other's blood, I was released with on O.R. Bond on 9/4/2015 which they refused to let me read.

IX. Statement of Claim:

B. State briefly your legal theory or cite appropriate authority.

- (1) This was in vilation of the 4th Amendment being the right to be secure in my person's at all times, And suported their by,
Brown v. Hardwick, 478 U.S. 186 (1986) which held that the fundamental Right to Privacy as Garanteed by the U.S. Constitution, dose not extend to sex acts regasded as Sodomy under State Low, [Refer to 566.060]-(Section 1) The Court Ruled on the Grounds that it reflected a legitmate beliRF by society that certain sex acts are immaral & unacceptable,
Then over ruled in, Lawrence v. Texas, 539 U.S. 558 (2003 which struck down a texas law criminalizing private consensual sexual activity's between Adult's of the same sex, However this was not consensual between me & the officers [Refer to 566.145] thus subjecting me to crule & unusal punishment asinst the 8th Amendment by the infliction of inhumane treatmont & Police Brutality as defined in [18 U.S.C. § 2246] Primorly section 2 paragraph C. & Section 3.

## X. Relief.

*State briefly exactly what you want the court to do for you. Make no legal argume[nt]*

- to reimberce me, to pervide the requested form of retrabution I requested in regards of the emotional & mental tolment I've indured & still am, & probably will be for life, Im also requesting Aid from the court to collect the evidence I can not obtain on my own throw The F.C.J.A. being Low enforcement matters, that revol around this case.

## XI. Counsel.

A. *If someone other than a lawyer is assisting you in preparing this case, state the person's name.*

- N/A

B. *Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?*

   yes X    NO ___

- *If your answer is "yes, state the name(s) & address(es) of each lawyer contacted.*

- ACLU of mo - 906 olive St. St. Louis, mo. 63101.
- Justice Department - 2005 tucker blvd. St. Louis mo, 63102.
- Potter, bloegNa & blair LLC - 118 N. water St. Liberty, mo. 64068.
- & more.

VI. Counsel:

C. have you previously had a lawyer representing you in a civil action in this court?
yes   NO X

- If your answer is "yes", state the name & address of the lawyer.
N/A

I declare under penalty of perjury that the forgoing is true & correct.

Executed (signed) this 18th day of NOV. 2019

_Morton Smith_
Signature of Plaintiff

Melvin Garrett
METROPOLITAN ST LOUIS PSYCHIATRIC CENTER
5351 DELMAR BOULEVARD
ST LOUIS MO 63112

MO 650-2969 (3-98)

RECEIVED

2019 DEC -5 PM 12:50

LERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

LEGAL - Mail

U.S. District Court
office of the clerk
1510 whittaker courthouse
WCC E. ninth Street
Kansas city, mo. 64106

